**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Judith J. Danielson,

Plaintiff,

v.

Minnesota School of Professional Psychology, et al.,

Defendant.

Civil No. 00-651 DWF/AJB

**PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by April 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before May 31, 2000.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff on or before January 12, 2001.

   b. By Defendant on or before February 12, 2001.

4. No more than fifty interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

FILED MAY 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

5. No more than fifteen depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than four expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties, except amendments to add a request for punitive damages, must be served by September 29, 2000; any motion seeking punitive damages must be served and filed and the hearing held thereon on or before March 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, April 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by June 1, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on October 1, 2001, or upon resolution of any pending dispositive motions. Each party may call no more than four expert witnesses. Anticipated length of trial is ten days.

Dated: 5/15/00

Arthur J. Boylan
United States Magistrate Judge