UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case Type: Other Civil
Court File No. 3-96-734

Judith J. Danielson,

Plaintiff,

v.

**STIPULATION FOR CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

Minnesota School of Professional Psychology, et al.

Defendants.

The parties, through their respective counsel, hereby stipulate and agree to the following Confidentiality Agreement and Protective Order pursuant to Rule 26 of the Federal Rules of Civil Procedure.

**CONFIDENTIALITY AGREEMENT**

1. All information, documents, or materials produced containing medical, psychiatric, psychological, past employment or income tax records or other documents pertaining to or relating to Plaintiff's medical, psychiatric, or psychological condition or treatment, past employment records or tax records which have been marked, stamped, or otherwise identified by plaintiff as "Confidential", including such materials obtained with an authorization signed by plaintiff, (all hereinafter referred to "Confidential Materials") or

FILED OCT 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

testimony relating to these Confidential Materials designated by plaintiff as "Confidential", shall be subject to the restrictions of this Confidentiality Agreement. "Confidential" testimony shall be maintained in a transcript separate and apart from other testimony of the witness which transcript and testimony will be treated the same as other Confidential Materials under this Agreement.

2. Access to any Confidential Materials shall be limited to the following persons; provided that with respect to (a) through (g) below, these individuals are informed of and agree to abide by the terms of this Stipulation and Order;

(a) Counsel for either party receiving the documents and their associates, legal assistants, or other support employees who have a demonstrable need for such disclosure in order to conduct this litigation;

(b) plaintiff;

(c) Individual Defendants and Representatives of the corporate defendants in a position of responsibility connected with the litigation;

(d) any expert retained for the conduct of this litigation;

(e) any consultant retained for the conduct of this litigation;

(f) actual or prospective witnesses;

(g) any person who prepared or originated the document or who is indicated on its face as a recipient of the original or copy thereof or who otherwise legitimately received a copy of the document in the ordinary course of business.

(h) the court and authorized Court personnel.

3. Confidential Materials shall not be used for any purpose other than the conduct of this lawsuit and shall not be disclosed in any way to any other person beyond those described in paragraph 2 above, nor shall such confidential Materials or their contents be publicized in any manner.

4. This Confidentiality Agreement and handling of Confidential Materials may be the subject of orders of the Court and nothing herein shall preclude any party from applying to the Court for a modification of this Confidentiality Agreement or for the reclassification of any Confidential Materials as may be appropriate.

5. Additionally, nothing in this Agreement is intended to prohibit the parties from mutually agreeing to submit Confidential Materials other than as required herein.

6. The parties agree that the Court shall retain jurisdiction to enforce this Confidentiality Agreement to provide both equitable and legal relief.

Dated: October 2, 2000.

**WARNER LAW OFFICE, P.A.**

By: ______________________

Daniel E. Warner
Attorney Reg. No. 15295X
3445 Washington Drive
Suite 204
Eagan, MN 55122
(651) 452-8224

Attorney for Plaintiff

Dated: October 4, 2000.

**LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.**

By: ____________________

John J. Steffenhagen
Attorney Reg. 195947
1500 Norwest Financial Center
7900 Xerxes Ave. South
Bloomington, MN 55431-1194
(612) 835-3800

Attorney for Defendants

**PROTECTIVE ORDER**

Based on the above Stipulation of Counsel on behalf of the parties, IT IS SO ORDERED.

Dated: 10/5/00

BY THE COURT:

By: ______________________
Hon. Arthur J. Boylan
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.