UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case Type: Other Civil
Court File No. 00-651 (DWF/AJB)

---

Judith J. Danielson,

Plaintiff,

v.

**ORDER**

Minnesota School of Professional Psychology, et al.

Defendants.

---

The above entitled matter came on before the undersigned Magistrate Judge of the U.S. District Court on Wednesday, the 6th day of December, 2000, by telephone conference between the attorneys and the Court to discuss discovery issues relative to depositions scheduled by Plaintiff of Defendants' witnesses to take place commencing December 12, 2000.

Plaintiff was represented by her attorney Daniel E. Warner, Warner Law Office, P.A., 3445 Washington Dr. Suite 204, Eagan, MN 55122-1340.

Defendants were represented by their attorney John Steffenhagen, Larkin, Hoffman Daly & Lindgren, Ltd., 1500 Norwest Financial Center, 7900 Xerxes Ave. South, 7900 Xerxes Ave. South, Bloomington, MN 55431;

Based upon the arguments of counsel and all of the files, records, and proceedings herein, the Court makes the following Order:

FILED DEC 11 2000

IT IS HEREBY ORDERED:

1. Defendants may take the deposition of Plaintiff before depositions of defense witnesses are taken, provided the Plaintiff's deposition is taken prior to January 7, 2001. Plaintiff is free to take depositions of defense witnesses after January 7, 2001, whether Plaintiff's deposition has been taken or not by that date.

2. Defendants are prohibited from showing to any of its witnesses or discussing with them prior to their depositions any medical, counseling or employment records obtained using authorizations provided by Plaintiff. Defendants are further prohibited from showing to or discussing with any of its witnesses the transcript of Plaintiff's deposition prior to their depositions. Defendants may, however, inform their witnesses of Plaintiff's position on the causes of action stated in the complaint.

3. The deadline for Plaintiff to file, serve and have a hearing held on her motion to amend her complaint to add punitive damages is amended to be on or before April 1, 2001, and the Court's Pretrial Order of May 18, 2000 is amended accordingly.

IT IS SO ORDERED.

Dated: December 11th, 2000.

The Honorable Arthur J. Boylan
U.S. Magistrate Judge