UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Judith J. Danielson,

Plaintiff,

v.

Minnesota School of Professional Psychology, the American Schools of Professional Psychology, Dr. Deborah Fisher, individually, and Dr. John T. O'Regan, individually,

Defendants.

---

File No. 00-651 (DWF/AJB)

**STIPULATION AND PROTECTIVE ORDER**

The parties, through their undersigned counsel, stipulate and agree that the court may enter an order as follows:

1. Defendants may designate information regarding the home addresses, phone numbers, and personal information of themselves and potential witnesses as "Attorney's Eyes Only." Information so designated shall not be disclosed directly or indirectly to plaintiff. If information is so designated during a deposition, the testimony shall be taken outside the presence of plaintiff and shall be separately transcribed. Information so designated may only be filed under seal. Information so designated shall be disclosed to plaintiff's attorney and office staff, but may not be provided to plaintiff by plaintiff's attorney or staff.

2. Defendants' insurance policy may be designated by defendants as "Confidential." Such material may be used only for the purpose of this lawsuit and may not be disclosed to any person other than those specified below. Access to such shall be limited to the following persons, provided that such individuals are informed of and agree to abide the terms of this Stipulation and Order:

FILED JAN 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(a) Counsel for either party and their associates, legal assistants, or other support employees who have a demonstrable need for such disclosure in order to conduct this litigation;

(b) Plaintiff;

(c) Individual defendants and representatives of the corporate defendants in a position of responsibility connected with the litigation;

(d) The court and authorized court personnel (provided such information is filed under seal).

3. This Stipulation and the handling of information designated as "Attorney's Eyes Only" may be the subject of further orders of the Court and nothing herein shall preclude any party from applying to the Court for the modification of this Stipulation or for the reclassification of any materials designated "Attorney's Eyes Only" or "Confidential" as may be appropriate.

Dated: 1-2-01

Daniel E. Warner (15295X)
WARNER LAW OFFICE, P.A.
3445 Washington Drive
Suite 204
Eagan, Minnesota 55122
(651) 452-8224

Attorneys for Plaintiff

Dated: 12-29-00

John J. Steffenhagen (195947)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Defendants

**ORDER**

Based upon the Stipulation of the parties, IT IS SO ORDERED.

BY THE COURT:

Dated this 4th day of January, 2001

Honorable Magistrate Judge Arthur J. Boylan

::ODMA\PCDOCS\LIB1\636543\1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.