UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Judith J. Danielson, File No. 00-651 (DWF/AJB)

Plaintiff,

v. **STIPULATION AND ORDER**

Minnesota School of Professional Psychology, the American Schools of Professional Psychology, Dr. Deborah Fisher, individually, and Dr. John T. O'Regan, individually,

Defendants.

---

The parties, through their undersigned counsel, stipulate and agree that defendants' expert disclosures shall be due on or before February 16, 2001.

Dated: 2-1-01

Daniel E. Warner (15295X)
WARNER LAW OFFICE, P.A.
3445 Washington Drive
Suite 204
Eagan, Minnesota 55122
(651) 452-8224

Attorneys for Plaintiff

Dated: 1-30-01

John J. Steffenhagen (195947)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Defendants

FEB 05 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS SO ORDERED this 5th day of February, 2001.

BY THE COURT:

Hon. Arthur J. Boylan
United States Magistrate Judge

::ODMA\PCDOCS\LIB1\648588\1