UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Judith J. Danielson,

Plaintiff,

v.

Minnesota School of Professional Psychology, the American Schools of Professional Psychology, Dr. Deborah Fisher, individually, and Dr. John T. O'Regan, individually,

Defendants.

File No. 00-651 (DWF/AJB)

**STIPULATION AND ORDER**

---

The parties, through their undersigned counsel, stipulate and agree as follows:

1. The parties may conduct depositions up to and including April 30, 2001; and

2. All other provisions of the court's May 18, 2000 and December 11, 2000 scheduling orders remain in place.

Dated: 3-15-01

Daniel E. Warner (15295X)
WARNER LAW OFFICE, P.A.
3445 Washington Drive
Suite 204
Eagan, Minnesota 55122
(651) 452-8224

Attorneys for Plaintiff

Dated: 3-21-01

John J. Steffenhagen (195947)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Defendants

MAR 28 2001

**ORDER**

IT IS SO ORDERED this 27th day of March, 2001.

BY THE COURT:

Hon. Arthur J. Boylan
United States Magistrate Judge

G:\DOCS\JSTEFFEN\0658754.01