UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Judith J. Danielson,

Plaintiff,

v.

Minnesota School of Professional Psychology, the American Schools of Professional Psychology, Dr. Deborah Fisher, individually, and Dr. John T. O'Regan, individually,

Defendants.

---

File No. 00-651 (DWF/AJB)

**STIPULATION FOR DISMISSAL WITH PREJUDICE** AND ORDER

The parties, through their undersigned counsel, stipulate and agree that the above-captioned matter may be dismissed with prejudice and on the merits, but without the award of costs, disbursements, or attorneys' fees to any party.

Dated: 8-29-01

John J. Steffenhagen, Esq. (195947)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431
(952) 835-3800

Attorneys for Defendants

Dated: 6-21-01

Daniel E. Warner, Esq. (15295X)
WARNER LAW OFFICE, P.A.
3445 Washington Drive, Suite 204
Eagan, Minnesota 55122-1340
(651) 452-8224

Attorneys for Plaintiff

FILED AUG 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

It is so ordered this 31st day of August, 2001.

BY THE COURT:

Dated: 8/31/01

Hon. Donovan W. Frank
Judge of District Court for the District of Minnesota

G:\DOCS\JSTEFFEN\0669946.01

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500